IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCGILL RESTORATION, INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WASSER TECHNOLOGIES, INC., a Foreign Corporation;<br><br>Defendant. | **8:23CV283**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 26). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own costs and attorney fees.

Dated this 28th day of June, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge